# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTIAN BUFFINGTON** and **JENNIFER BUFFINGTON,** | : : : | CIVIL ACTION NO. 1:16-CV-2457 |
| | : | **(Chief Judge Conner)** |
| Plaintiffs | : : | |
| v. | : : | |
| **NORFOLK SOUTHERN CORPORATION,** | : : : | |
| Defendant | : : | |

## ORDER

AND NOW, this 8th day of February, 2017, upon consideration of defendant's motion (Doc. 7) to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), filed January 9, 2017, and further upon consideration of plaintiff's amended complaint (Doc. 15) filed February 6, 2017, and the court noting that "[a]n amended complaint [supersedes] the original version in providing the blueprint for the future course of the lawsuit," Snyder v. Pascack Valley Hosp., 303 F.3d 271, 276 (3d Cir. 2002); see also 6 CHARLES ALAN WRIGHT ET AL., FEDERAL PRACTICE AND PROCEDURE § 1476 (3d ed. 2015), and the court thus finding that the amended complaint renders the original complaint a legal nullity, it is hereby ORDERED that:

1. Defendant's motion (Doc. 7) to dismiss the original complaint (Doc. 1) is DENIED as moot and without prejudice.

2. Defendant shall respond to the amended complaint (Doc. 15) in accordance with the Federal Rules of Civil Procedure.

                                          /S/ CHRISTOPHER C. CONNER
                                          Christopher C. Conner, Chief Judge
                                          United States District Court
                                          Middle District of Pennsylvania